UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATHAN GONCALVES, et al.,

     Plaintiffs,

v.                                  CASE NO. 8:18-cv-641-T-23TGW

NATIONSTAR MORTGAGE, LLC,
et al.,

     Defendants.

_____/

## ORDER

Alleging diversity jurisdiction under 28 U.S.C. § 1332(a), the plaintiffs sue (Doc. 1) for negligence.[*] But the complaint alleges that Martha J. Cook shares Florida citizenship with the plaintiffs. (Doc. 1 at 4)

In general, an allegation of complete diversity of citizenship is necessary to invoke the diversity jurisdiction of a district court. *Fritz v. American Home Shield Corp.*, 751 F.2d 1152, 1153 (11th Cir. 1985). Complete diversity means that no defendant is a citizen of the same state as any plaintiff. If any plaintiff and any defendant share citizenship of the same state, the complaint fails to invoke the district court's diversity jurisdiction. *Lykins v. Pointer, Inc.*, 725 F.2d 645, 648 (11th Cir. 1984).

_____

[*] Under 28 U.S.C. § 1332(a), a "district court[] [has] original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States."

Because the plaintiffs fail to invoke the district court's diversity jurisdiction, this action is **DISMISSED**.  The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on April 25, 2018.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE